UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LYNN MORRIS,

       Plaintiff,                                      Hon. John Corbett O'Meara

v.                                                    Case No. 10 - 14620

AON SERVICE CORPORATION, et al.,

       Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the court is Defendants' timely motion for reconsideration of the court's November 22, 2011 order denying Defendants' motion for summary judgment. Specifically, Defendants seek reconsideration of the causation element of Plaintiff's FLSA and WPA claims.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

Having filed a motion for reconsideration that presents the same issues ruled upon by the court, Defendants have failed to demonstrate a palpable defect by which the court and the parties have been misled. Accordingly, IT IS HEREBY ORDERED that Defendants' motion for reconsideration is DENIED.

Date: December 14, 2011                                          s/John Corbett O'Meara
                                                                         United States District Judge

      I hereby certify that on December 14, 2011 a copy of this order was served upon counsel of record using the ECF system.

                                        s/William Barkholz
                                        Case Manager